IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>  v.<br>JESSICA SALMON,<br>                    Defendant. | No. CR 09-00690 EMC<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Current Hearing Date:** Thursday, July 12, 2012 at 9:30 a.m.<br><br>**Proposed Hearing Date**: Thursday, September 6, 2012 at 9:30 a.m.<br>September 13, 2012 at 10:00 a.m. |

The defendant Jessica Salmon is before this Court on Form 12 allegations that she violated her conditions of supervision while on probation. Ms. Salmon was originally sentenced by (former) Magistrate Judge Edward M. Chen for driving under the influence of alcohol. The new Form 12 allegations assert that she has driven under the influence again. These new DUI allegations are also the subject of substantive charges in state court.

Undersigned defense counsel has spoken with federal Probation Officer Fairchild regarding Ms. Salmon's case. During the week of July 2, 2012, Ms. Salmon voluntarily entered the residential treatment program at Newbridge, in Berkeley California. Newbridge offers dual diagnosis treatment, and Officer Fairchild will be investigating the possibility of dual diagnosis treatment for Ms. Salmon while she is in Newbridge.

Because Ms. Salmon has just entered the residential drug and alcohol treatment program, and to permit continuity of care, undersigned defense counsel has suggested that the status appearance now scheduled for Thursday July 12, 2012 be continued. Probation Officer

*Salmon*, CR 09-00690 EMC
ORD. CONT. STATUS

1 Fairchild and the government have no objection to this request. The parties and Probation
2 jointly contemplate that Ms. Salmon will remain in residential treatment during the proposed
3 continuance. If that does not occur, the parties will inform the Court and will ask for an
4 earlier appearance.
5     The defense accordingly proposes the status appearance now scheduled for Thursday
6 July 12, 2012 at 9:30 be vacated. The defense asks that the matter be put over to Thursday,
7 September 6, 2012 at 9:30 a.m. for status and likely admission of charges and sentencing.
8 Neither the government or Probation object to the defense request.
9     Therefore, for good cause shown the status appearance scheduled for July 12, 2012 is
10 vacated. The matter shall be added to the Court's calendar on Thursday, ~~September 6, 2012~~ September 13, 2012
11 at ~~9:30 a.m.~~ 10:00 a.m.
12 IT IS SO ORDERED.

July 9, 2012
DATED                           LAUREL BEELER
                                United States District Court Judge

IT IS SO STIPULATED.

 July 6, 2012                          /s
DATED                           MELINDA HAAG
                                United States Attorney
                                Northern District of California
                                ACADIA SENESE
                                Assistant United States Attorney

 July 6, 2012                          /s
DATED                           GEOFFREY A. HANSEN
                                Federal Public Defender
                                Northern District of California
                                STEVEN G. KALAR
                                Assistant Federal Public Defender